USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:
DATE FILED: 11/29/2021

**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**
-----------------------------------------------------------------X
DONNA M. LEMMO,

                              Plaintiff,                       21 **CIVIL** 2027 (GBD)(KNF)

                    -v-                                             **JUDGMENT**

KILOLO KIJAKAZI,
Acting Commissioner of Social Security,

                              Defendant.
-----------------------------------------------------------------X

        It is hereby **ORDERED, ADJUDGED AND DECREED:** That for the reasons stated in the Court's Stipulation and Order dated November 29, 2021, that this action be, and hereby is, remanded to the Commissioner of Social Security, pursuant to sentence four of 42 U.S.C. § 405(g), for the purpose of conducting further administrative proceedings.

**Dated:** New York, New York
             November 29, 2021

                                                         **RUBY J. KRAJICK**
                                                          **Clerk of Court**
                                  BY:    _K. Mango_
                                                          **Deputy Clerk**